**Order entered July 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00178-CR

### TRADAREON JAMEL CHOICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F17-75538-X

# ORDER

Before the Court is appellant's July 17, 2019 first unopposed motion to extend the time to file his brief.[1] We **GRANT** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/      CORY L. CARLYLE
         JUSTICE

---

[1] Counsel's rule 38.6(d) motion was non-compliant with rule 10.5(b)(1). Though we grant the motion, we caution counsel that future motions must comply with applicable rules.